| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>**ASK LLP**<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,[2]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>                         Plaintiff,<br><br>v.<br><br><br>The Hain Celestial Group, Inc. dba Celestial Seasonings,<br>                         Defendant. | Adv. No. 25-02299 |

## **CERTIFICATE OF SERVICE**

---

[2] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

      I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on October 13, 2025, via

| | |
|---|---|
| X | Mail service: Regular, first-class United States mail, postage fully pre-paid, addressed to: |

<u>Defendant</u>
Allison E. Lewis
The Hain Celestial Group, Inc. dba Celestial Seasonings
221 River St Ste 12
Hoboken, NJ 07030

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 13, 2025

                                                      <u>/s/ *Jean Esslinger*</u>
                                                      Jean Esslinger
                                                      ASK LLP
                                                      2600 Eagan Woods Drive, Suite 400
                                                      Saint Paul, MN 55121